IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JERMAINE D. OLIVER #188519, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:16-CV-248-WHA |
| | ) | |
| ELIZABETH LASETER, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge entered on March 5, 2018 (Doc. #29). There being no objection to the Recommendation, and after review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The defendants' motion for summary judgment is GRANTED.

2. This case is DISMISSED with prejudice.

3. Costs are taxed against the plaintiff.

A separate final judgment will be entered in accordance with this order.

DONE this 26th day of March, 2018.


/s/  W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE